UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD YOUNG, | No. 2:25-cv-2965 CSK P |
| Petitioner, | |
| v. | ORDER |
| KELLY SANTORO, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding through counsel, with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On September 22, 2025, the Ninth Circuit Court of Appeals transferred petitioner's petition to this court.  (ECF No. 1.)   Petitioner has not paid the required filing fee ($5.00).[1]  See 28 U.S.C. § 1914(a).

In accordance with the above, IT IS HEREBY ORDERED that petitioner shall submit, within thirty days from the date of this order the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

///

///

///

---

[1] Because petitioner is represented by counsel, it does not appear that petitioner qualifies for in forma pauperis status.

1

Dated:  October 17, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Youn2965.101/2